DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**APRIL BOTT MOORE,**
Appellant,

v.

**ROBERT DEAN MOORE,**
Appellee.

No. 4D2022-2780

[December 7, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312022CA000360.

James S. Toscano and Rebecca E. Rhoden of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for appellant.

Robert W. Thielhelm and Cailey M. Marsh of Baker & Hostetler LLP, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***